# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. STEELE,<br><br>      Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:24-cv-00705-SAB<br><br>ORDER RE STIPULATION FOR BRIEFING EXTENSION<br><br>(ECF No. 14) |

On September 9, 2024, a stipulation was filed for Plaintiff Charles L. Steele to allow a fifteen-day extension of time to file his opening brief. (ECF No. 14.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed **on or before September 30, 2024**; and
2. All remaining deadlines shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **September 9, 2024**

UNITED STATES MAGISTRATE JUDGE

1